# United States Court of Appeals
## For the First Circuit

No. 16-2280

CITY OF TAUNTON, MASSACHUSETTS,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on July 9, 2018, is amended as follows:

On page 45, line 15, insert a quotation mark after the word "Bay"

On page 45, line 20, replace the word "flaunted" with "flouted"